IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PB FARRADYNE INC,<br><br>       Plaintiff,<br><br>  v.<br><br>THOMAS D PETERSON,<br><br>       Defendant.<br>                                   / | No. C 05-03447 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT(claim construction prehearing conference): July 21, 2006 at 2:30 p.m. Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 13, 2007 .

DESIGNATION OF EXPERTS: 5/18/07 ; REBUTTAL: 6/15/07.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 27, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by August 17, 2007;

    Opp. Due August 31, 2007; Reply Due September 7, 2007;

    and set for hearing no later than September 21, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 30, 2007 at 3:30 PM.

JURY TRIAL DATE: December 3, 3007 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
(see attached patent schedule)

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/21/06

                                                                           *Susan Illston*
                                                                 SUSAN ILLSTON
                                                                 United States District Judge