UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PB FARRADYNE, INC.,

    Plaintiff,

v.

THOMAS PETERSON, et al.,

    Defendants.
_____/

No. 05-03447 SI (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court held a Settlement Conference on June 16, 2006. The Court issues the following. Plaintiff's counsel submit a letter update to Magistrate Judge Laporte by July 7, 2006 regarding the settlement position. The letter may be sent via facsimile to (415) 522-2002. A further settlement conference is scheduled for November 15, 2006, at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. Plaintiff's general counsel, George Pierson, shall be in attendance, as well as the high level executive of PB Farradyne who is making decisions on the litigation as discussed at the conference.

**Updated confidential settlement conference statements shall be lodged with the Court by November 7, 2006.** All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: June 19, 2006

                                                  _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge