DANIEL R. SOVOCOOL, CA BAR NO. 121077
**THELEN REID & PRIEST LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3606
Tel. 415.371.1200
Fax 415.371.1211
dsovocool@thelenreid.com

ROBERT E. KREBS, CA BAR NO. 57526
JOHN P. SCHAUB, CA BAR NO. 196775
**THELEN REID & PRIEST LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113
Tel. 408.292.5800
Fax 408.287.8040
rkrebs@thelenreid.com
jschaub@thelenreid.com

TODD  A. HOLMBO
Admitted *Pro Hac Vice*
**THELEN REID & PRIEST LLP**
200 Campus Drive, Suite 210
Florham Park, NJ 07932
Tel. 973.660.4400
Fax 973.660.4401
tholmbo@thelenreid.com

Attorneys for Plaintiff
PB FARRADYNE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PB FARRADYNE, INC., a Maryland corporation, | Case No.:  C-05-3447 (SI)<br>The Honorable Susan Illston |
| Plaintiff and Counterclaim Defendant, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW JUNE 28, 2006 LETTER BRIEF** |
| THOMAS D. PETERSON, individually, and doing business as TRAFFIC ASSIST (a California company) | (No Hearing Set, per Local Rule 7-11, Motion for Administrative Relief) |
| Defendants. | |

THELEN REID
& PRIEST LLP

1    PB Farradyne has moved to withdraw without prejudice the letter brief it filed on

2  June 28, 2006.  Defendant Peterson does not oppose the motion.  For good cause shown,

3  the Court grants the motion, and IT IS HEREBY ORDERED that PB Farradyne's June 28,

4  2006 letter brief is considered withdrawn without prejudice.

5

6  Dated:  July ____, 2006

7

8                                          Honorable Susan Illston
                                           U.S. District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-