# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PB FARRADYNE, INC.,<br>    Plaintiff/Counterdefendant,<br><br>vs.<br><br>THOMAS D. PETERSON,<br>    Defendant/Counterclaimant. | Case No. C-05-3447 (SI)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO REPLY |

Mr. Peterson has moved for an extension of time to file his Response to PBF's Motion for Partial Summary Judgment concerning certain inequitable conduct defenses and a corresponding extension for PBF's Reply. For good cause shown, the Court grants the motion, and IT IS HEREBY ORDERED that Peterson shall have up to and including Friday, September 22, 2006, to file his response, and PBF shall have up to and including Friday, September 29, 2006, to file its reply.

Dated: September ____, 2006

_____
Susan Illston, U.S. District Judge