# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PB FARRADYNE, INC., <br>                Plaintiff, <br> vs. <br> THOMAS D. PETERSON, <br>                Defendant. | Case No. C-05-3447 (SI) <br><br> [PROPOSED] REVISED CASE MANAGEMENT ORDER |

The parties having appeared through their attorneys at several Case Management Conferences, and the parties having requested certain extensions of time by motion, pursuant to Fed. R. Civ. P. 16 and the local rules of this Court, including the Patent Local Rules ("PLR"), and for good cause shown, the Court HEREBY ORDERS that the parties follow, and hereby adopts, the following Revised Case Management Order:

1. The following deadlines, specified as the date required for service, shall apply to this case:

**Deadline #1**: Peterson's answer or other response to the Complaint (including counterclaims if warranted) [FRCP 12, 13] . . . . . . . . . . . . . COMPLETED April 14, 2006

**Deadline #2**: PBF's reply to any counterclaim [FRCP 12(a)(2)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . COMPLETED April 28, 2006

**Deadline #3**: Disclosure of asserted claims, preliminary infringement contentions, accompanying document production [PLR 3-1 and 3-2], and exchange of initial disclosures [FRCP 26(a)(1)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . COMPLETED May 11, 2006

**Deadline #4**: Preliminary Invalidity Contentions and accompanying document production [PLR 3-3 and 3-4] . . . . . . . . . . . . . . . . . . . . . . . . COMPLETED June 26, 2006

1 **Deadline #5**:    Exchange of terms and claim elements proposed for the Court's claim
2 construction [PLR 4-1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . COMPLETED July 14, 2006
3 **Deadline #6**:    Exchange of preliminary claim constructions and supporting extrinsic
4 evidence [PLR 4-2] and identification of experts (on claim construction matters only) [FRCP
5 26(a)(4)(A)]       . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . COMPLETED August 30, 2006
6 **Deadline #7**:    Joint claim construction and prehearing statement [PLR 4-3] and exchange
7 of expert reports (claim construction only) [FRCP 26(a)(2)]   . . . . . . . . September 20, 2006
8 **Deadline #8**:    End of claim construction discovery [PLR 4-4]   . . . . . . . October 6, 2006
9 **Deadline #9**:    Claim construction opening briefs [PLR 4-5(a)] . . . . . . October 20, 2006
10 **Deadline #10**:   Claim construction response briefs [PLR 4-5(b)] . . . November 10 2006
11 **Deadline #11**:   Claim construction reply briefs [PLR 4-5(c)] . . . . . . . November 22, 2006
12 **Deadline #12**:   Claim construction hearing [PLR 4-6] . . . . . . . . . . . 12/20/06 @ 2:00 P.M.
13 **Deadline #13**:   Final infringement contentions [PLR 3-6(a)] *(NOTE: deadlines 13-20 will be*
14 *adjusted later to compensate for the period, if any, from January 5, 2007, to the date the Court issues*
15 *a claim construction order.)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 7, 2007
16 **Deadline #14**:   Final invalidity contentions and willfulness (opinions of counsel)
17 disclosure [PLR 3-6(b) and 3-8] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 27, 2007
18 **Deadline #15**:   End of fact discovery and designation of expert witnesses for triable issues
19 [FRCP 26(a)(4)(A)] *(NOTE: If either party informs the other, in advance of deadlines #13 or #14,*
20 *that it does not plan to file anything on its applicable deadline, then deadlines 15-20 will be adjusted*
21 *earlier to compensate for the time savings.)* . . . . . . . . . . . . . . . . . . . . . . . . . . . April 13, 2007
22 **Deadline #16**:   Exchange of expert reports [FRCP 26(a)(2)] . . . . . . . . . . . . May 18, 2007
23 **Deadline #17**:   Exchange of rebuttal expert reports [FRCP 26(a)(2)] . . . . . June 15, 2007
24 **Deadline #18**:   End of expert discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . July 27, 2007
25 **Deadline #19**:   Last day to file dispositive motions . . . . . . . . . . . . . . . . August 17, 2007
26 **Deadline #20**:   Hearing on dispositive motions filed at the deadline
27                    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 21, 2007
28

Case management

1. 2. The parties shall appear at a ~~Pretrial~~ Conference shortly after the *Markman*
2. hearing, to discuss the further course of the case, on __January 19__, 2007, at 2:30 p.m.
3. Counsel must file a joint case management report seven (7) business days in advance of the
4. hearing. A joint statement shall be filed one week prior to the conference.
5. 3. A Final Pretrial Conference remains set for October 30, 2007, at 3:30 p.m. The
6. case remains set for trial on December 3, 2007, at 8:30 a.m.
7. 4. The dates in this Order shall supersede corresponding dates in previous
8. orders.
9. IT IS SO ORDERED.

Dated: September ___, 2006

_____
Susan Illston, U.S. District Judge