UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PB FARRADYNE, INC.

    Plaintiff,

    v.

THOMAS D. PETERSON, et al.,

    Defendants.
_____/

No. C-05-03447 SI EDL)

ORDER DENYING REQUEST TO CONTINUE SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of letters from counsel regarding the Settlement Conference scheduled for November 15, 2006. Upon consideration of the letters, the Court denies the request to take the Settlement Conference off calendar and hereby notifies the parties the conference remains scheduled for November 15, 2006 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Updated Settlement Conference Statements shall be delivered directly to the Magistrate Judge on or before **November 7, 2006.** All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: October 30, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge