UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PB FARRADYNE, INC., a Maryland corporation, | Case No.: C-05-3447(SI) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| vs. | |
| THOMAS D. PETERSON, an individual and doing business as TRAFFIC ASSIST, a California company, | |
| Defendant. | |

PB Farradyne, Inc. ("PB Farradyne") has moved for an extension of time to file its Reply to Peterson's Opposition to PB Farradyne's Motion for Partial Summary Judgment concerning certain inequitable conduct defenses. For good cause shown, the Court grants the motion, and IT IS HEREBY ORDERED that PB Farradyne shall have up to and including Monday, November 6, 2006, for its Reply.

Dated: October 31, 2006                                THELEN REID & PRIEST LLP

By _____/s/ Susan Illston_____
Susan Illston, U.S. District Judge